John L. Goss v. Williams Engineering and Construction Company.— Motion to dismiss appeal granted, with ten dollars costs.

Joseph Bovi v. Max Hess and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Patrick Burns v. Moses Stern.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Peter F. Wirsing v. John Sauer.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to West Two Hundred and Twelfth Street, from Kingsbridge Road to the Harlem River, in the Twelfth Ward, Borough of Manhattan, The City of New York.— Motion to dismiss appeal denied.

Emanuel Weinbaum v. John McMartin and Others.— Application denied, with ten dollars costs.   Order signed.

Andrew Ziegler v. Friedman and Gordon Iron Works.— Application denied, with ten dollars costs.   Order signed.

Hyman Kaplan v. Friedman Construction Company.— Motion denied.

Louis L. Farrell v. William J. Farrell, Individually, etc., and Others.— Motion denied, with ten dollars costs.

Mary Stephan, as Administratrix, v. August Heckscher and Others.— Motion denied, with ten dollars costs.

Asbestolith Manufacturing Company v. Henry S. Howland.— Motion denied, with ten dollars costs.

John C. Eidt v. Christine Eidt and Others.— Motion denied.

Abraham Kaminsky and Others v. William Haaker Company.— Motion denied, with ten dollars costs.

In the Matter of Henry Edelmuth, as Executor, etc.   (In the Matter of Walton Avenue).— Motion granted.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to West Two Hundred and Twelfth Street, etc., from Kingsbridge Road to the Harlem River, in the Twelfth Ward, Borough of Manhattan, The City of New York.— Motion to vacate order denied, without costs.   Order to be settled on notice.

Harry G. Palmer v. Gustav Bok.— Motion granted.   Order to be settled on notice.

In the Matter of Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company.— Application granted.   Order to be settled on notice.

In the Matter of Jacob S. Freedman, an Attorney.— Reference ordered before official referee.   Order to be settled on notice.

John Jerome Deery, Appellant, v. Elizabeth M. Byrne and Others, as Executors, etc., of John Byrne, Deceased, Respondents.— Judgment affirmed, with costs.   No opinion.

Sarah E. Cook and Others, as Executors, etc., of Charles T. Cook, a Deceased Trustee under and Executor of the Will of Charles B. Stockwell, Deceased, Plaintiffs, v. Maria Louise Stockwell, Individually and as Executrix, etc., of Charles B. Stockwell, Deceased, Respondent, Impleaded with Julia B. Freeman, as Ancillary Administratrix with the Will Annexed,